IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24  PM 12: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.

Cr. No. 05-20280-03-D

KIMBERLY F. ENGRAM

### ORDER SPECIFYING PERIOD OF DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of __08/24/05__ through __09/07/05__ be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY,** __09/07/05__ at 9:30 a.m. **BEFORE MAGISTRATE JUDGE** __VESCOVO__.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: __08/24/05__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8/26/05__



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20280 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT