PS 42
(Rev 7/93)

FILED BY ___ D.C.
05 SEP -7 PM 12:05

# United States District Court
## Western District of Tennessee

United States of America )
                       )
vs                     )
                       )
Kimberly F. Ingram      )
                       )    Case No. 05-20280-03 D

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

I, Kimberly F. Ingram, have discussed with Angela K. Yates, Pretrial Services Officer, modification of my release conditions as follows:

1) Defendant to notify any current and future employers of the instant indictment if a third party risk exists.

I consent to this modification of my release conditions and agree to abide by this modification.

_Kim Ingram_    9/7/05
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    9/7/05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on 9/15/05
[ ] The above modification of conditions of release is _not_ ordered.

_Diane K. Vescovo_    September 15, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/9/05

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20280 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

John R. Candy
LAW OFFICE OF JOHN CANDY
323 Beale
Ste. 201
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT